**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Ex Parte Octavian Becciu v. The State of Texas

Appellate case number:     01-19-00800-CR

Trial court case number:   1799007-A

Trial court:                County Criminal Court at Law No. 9 of Harris County

Appellant, Octavian Becciu, has appealed the trial court's order denying his application for writ of habeas corpus. On December 5, 2019, we abated the appeal, directing the trial court clerk to file a supplemental clerk's record including the trial court's findings of fact and conclusions of law regarding the trial court's denial of appellant's application for writ of habeas corpus, which was missing from the clerk's record filed on October 21, 2019. On February 11, 2020, the trial court clerk filed a supplemental clerk's record including the trial court's findings of fact and conclusions of law. Accordingly, we **reinstate** this case on the Court's active docket.

In the December 5, 2019 order, we further notified appellant that the time to file the reporter's record had passed, and the court reporter had notified the Court that no record had been filed because appellant had not paid or made arrangements to pay for the reporter's record. On January 2, 2020, the reporter's record was filed. **Accordingly, appellant's brief is due to be filed in this Court thirty days from the date of this Order**.

It is so ORDERED.


Judge's signature: ___/s/ Evelyn V. Keyes_____
                    ☑ Acting individually    ☐ Acting for the Court


Date: ___May 5, 2020_____